# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHAD BENNER,** | : | CIVIL NO. 1:16-CV-2045 |
| | : | |
| Petitioner | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **SUPERINTENDENT SMITH,** *et al.,* | : | |
| | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 8th day of July, 2019, upon consideration of petitioner's motion (Doc. 18) for leave to appeal *nunc pro tunc* and request (Doc. 19) for leave to proceed *in forma pauperis* on appeal, and in accordance with the accompanying memorandum, it is hereby ORDERED that:

1. Petitioner's motion (Doc. 18) for leave to appeal *nunc pro tunc* is DENIED.

2. Petitioner's motion (Doc. 19) for leave to proceed *in forma pauperis* on appeal is DENIED without prejudice.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania